Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Jing H. Cherng (Cal. Bar No. 265017)
William H. Stewart (Cal. Bar. No. 287782)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax: (408) 998-1473
Email: kspelman@mount.com, gcherng@mount.com
Counsel for Plaintiff Cyber Switching

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| CYBER SWITCHING PATENTS, LLC, doing business as Cyber Switching,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EMERSON, doing business as Avocent, doing business as Liebert<br><br>　　　　Defendant. | Case No 3:14-cv-02683-JCS<br><br>Related Cases: No: 3:14-cv-02681, 3:14-cv-02682, 3:14-cv-02684, 3:14-cv-02689, 3:14-cv-02692, 3:14-cv-02693<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>Judge:  Hon. Joseph C. Spero<br><br>Complaint filed:  June 10, 2014<br>Trial Date:  None set |

Pursuant to Local Rule 6-1(a), the parties hereby stipulate that Defendant's time to respond to the Complaint is extended to August 8, 2014.

IT IS SO STIPULATED.

Dated: June 30, 2014     MOUNT, SPELMAN & FINGERMAN, P.C.

By: /s/ Kathryn G. Spelman
Kathryn G. Spelman
Attorneys for Plaintiff

Pursuant to Local Rule 5-1(i)(3), the above signatory hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories below.

Dated: June 30, 2014     PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ Melinda M. Morton
Melinda M. Morton
Attorneys for Defendant
Specially Appearing for Purposes of Stipulation Only

Dated: 7/9/14

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO 3:14-CV-02683-JCS
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT