UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYBER SWITCHING PATENTS, LLC,

    Plaintiff,

v.

AVOCENT HUNTSVILLE CORP., et al.,

    Defendants.

No. C 14-2683 PJH

**ORDER GRANTING MOTION TO DISMISS**

Defendants' motion to dismiss plaintiff's first amended complaint came on for hearing before this court on September 24, 2014. Plaintiff Cyber Switching Patents, LLC ("plaintiff") appeared through its counsel, Daniel Fingerman. Defendants Avocent Huntsville Corporation and Liebert Corporation ("defendants") appeared through their counsel, Mindy Morton. Having read the papers filed in conjunction with the motion and carefully considered the arguments and the relevant legal authority, and good cause appearing, the court hereby GRANTS defendants' motion, with leave to amend, for the reasons stated at the hearing. Plaintiff shall have until **October 22, 2014** to file a second amended complaint, and defendants shall have until **November 12, 2014** to answer or otherwise respond to the complaint. No new claims or parties may be added without leave of court or the agreement of all parties.

    **IT IS SO ORDERED.**

Dated: September 25, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge